RECEIVED
IN LAKE CHARLES, LA

MAY - 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

JIMMY ROUGLEY, JR.              :     **DOCKET NO. 2:10 CV 1094**

VS.                            :     **JUDGE MINALDI**

GEO GROUP, ET AL.              :     **MAGISTRATE JUDGE KAY**

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge
filed previously herein, noting the absence of objections thereto, and concurring with the
Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's civil rights complaint is DISMISSED WITH
PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___3___ day
of _____May_____ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE